IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOANNE WATTS and GORDON L. EMICK, JR., <br><br> Plaintiffs, <br><br> v. <br><br> PEKIN INSURANCE, <br><br> Defendant. | No. 4:20-CV-01311 <br><br> (Judge Brann) |

## ORDER

**AND NOW**, this 19th day of March 2021, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendant's Motion to Dismiss (Doc. 6) is **DENIED**.

2. Defendant's answer to the complaint is due no later than April 9, 2021.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge