IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOANN WATTS, *et al.*, | No. 4:20-CV-01311 |
| Plaintiffs, | (Chief Judge Brann) |
| v. | |
| PEKIN INSURANCE, | |
| Defendant. | |

## ORDER

**DECEMBER 14, 2022**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Pekin's motion for summary judgment (Doc. 20) is **GRANTED**;

2. Final Judgment is entered in favor of Defendant and against Plaintiffs; and

3. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge